# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2749
_____

MARIA DOLORES NAVARRO
MARTIN NAVARRO MARTIN,

     Appellant,

     v.

FLORIDA AGENCY FOR HEALTH
CARE ADMINISTRATION (AHCA),
SHEVAUN L. HARRIS, in her
official capacity as Director of
the Florida Agency for Health
Care Administration (AHCA),

     Appellees.

_____

On appeal from the Agency for Health Care Administration.
Megan S. Silver, Executive Director.


March 13, 2026

PER CURIAM.

     DISMISSED.

OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Maria Navarro Martin, pro se, Appellant.

Graham E. Wooden, Senior Attorney and Glenn Rininger, Chief Legal Counsel, Agency for Health Care Administration, Tallahassee, for Appellees.